IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MELTON LEE MILLER**  **PLAINTIFF**
**ADC #82966**

VS.   4:21-CV-00116-BRW

**JOHN FELT,** *et al*.   **DEFENDANTS**

## ORDER

Plaintiff Melton Lee Miller ("Plaintiff"), who is currently in custody at the Omega Center of the Arkansas Division of Correction, filed a motion to proceed *in forma pauperis*.[1] Plaintiff also filed a complaint against Arkansas Parole Board Chairman John Felt, Omega Center Nurse Jazzmon N. Trice, and Texarkana Parole Officer Meldin G. Scoggins.[2]

This case is currently pending in the Eastern District of Arkansas. The Omega Center is located in Malvern, Arkansas, which is located in Hot Spring County. Texarkana is located in Miller County. Both Hot Spring County and Miller County are located in the Western District of Arkansas. Based on the defendants named and the allegations made, the interests of justice would best be served by transferring this case to the Western District of Arkansas.[3] The Clerk of Court is directed to transfer Plaintiff's entire case file immediately to the United States District Court for the Western District of Arkansas.

IT IS SO ORDERED this 22nd day of February, 2021.

Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 1.

[2] Doc. No. 2.

[3] 28 U.S.C. § 1406(a); 28 U.S.C. § 1391(e).